UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MONTE ROYALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CARL HILLARD and ECKERD YOUTH ) <br> ALTERNATIVES, INC. DBA ECKERD ) <br> CONNECTS, ) <br> ) <br> Defendants. ) <br> ) | No. 1:24-CV-820 |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Carl Hilliard ("Hilliard") and Eckerd Youth Alternatives, Inc., d/b/a Eckerd Connects ("Eckerd") (collectively, "Defendants"), respectfully request, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, that the Court dismiss the Complaint brought by Plaintiff Charles Monte Royall ("Royall"). In support of this motion, Defendants state as follows:

1. On February 26, 2024, Royall filed the instant lawsuit against Hilliard and Eckerd in the Superior Court of the District of Columbia. (ECF No. 1-2.) On March 21, 2024, Hilliard and Eckerd removed this case to federal court because the parties are diverse and over $75,000 is at issue. (ECF No. 1.)

2. Royall's Complaint has two claims, both for defamation, based on a statement allegedly made by Hilliard. Specifically, Royall alleges that, during a meeting, Hilliard, while acting within the scope of his employment with Eckerd, stated "the following: 'some gays guys [sic] took a case to the Supreme Court and they won. The Department of Labor [DOL] is having an [i]nduction [c]eremony for them on October 18th. Mr. Royall, I want you to handle this. I plan to spend $1,500 on food.'" (ECF No. 1-2 at 5 (emphasis in original).) Royall also claims that

Hilliard's alleged intention in purportedly making this statement was to falsely "out" Royall as "homosexual/gay." (*Id.*)

3. Royall has not stated a claim for defamation because the alleged statement underlying the complaint is not a statement of fact as to Royall and is not defamatory. Royall further has not stated a claim for defamation because false allegations of homosexuality are not defamatory *per se*, and Royall has not pled any specific harm that resulted from the alleged defamation.

4. Defendants file this motion with the accompanying Statement of Points and Authorities as required under Local Rule 7(a).

WHEREFORE, for the foregoing reasons and for the reasons stated in Defendants' Statement of Points and Authorities, the Court should dismiss the Compliant pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  March 28, 2024                Respectfully submitted,

*/s/ James J. Murphy*
James J. Murphy, D.C. Bar No. 450432
Christopher M. Cascino (*pro hac vice* pending)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street NW, Suite 1000
Washington, D.C. 20006
(202) 877-0855
james.murphy@ogletree.com
chris.cascino@ogletree.com
Attorneys for Defendants CARL HILLARD and ECKERD YOUTH ALTERNATIVES, INC. DBA ECKERD CONNECTS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March, 2024, I caused a copy of the foregoing Motion to Dismiss, to be served via U.S. Mail, first-class postage pre-paid, and with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Charles M. Royall, Plaintiff, Pro Se
12703 Radburn Place
Fort Washington, MD 20744
Charles_Royall@comcast.net

*/s/ James J. Murphy*
*Attorney for Defendants*