UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES MONTE ROYALL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARL HILLARD and ECKERD YOUTH )<br>ALTERNATIVES, INC. DBA ECKERD )<br>CONNECTS, )<br>)<br>Defendants. )<br>) | No. 1:24-CV-820-CRC |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS**

This matter coming before the Court on Defendants Carl Hilliard's ("Hilliard") and Eckerd Youth Alternatives, Inc., d/b/a Eckerd Connects's ("Eckerd") (collectively, "Defendants"), Motion to Dismiss the Complaint brought by Plaintiff Charles Monte Royall ("Royall"), and the Court having considered the arguments raised by Defendants and Royall, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is GRANTED.

2. Royall's First Cause of Action for Defamation and Second Cause of Action for Defamation Per Quod are dismissed with / without prejudice.

IT IS SO ORDERED.

DATED: _____

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT COURT JUDGE